No. 78–5821.  McGuirk v. Massachusetts.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 78–5822.  Wilson v. United States.  C. A. 6th Cir. Certiorari denied.

No. 78–5827.  Howard v. Califano, Secretary of Health, Education, and Welfare.  C. A. 2d Cir.  Certiorari denied.

No. 78–5830.  Jeter v. United States.  C. A. 5th Cir. Certiorari denied.

No. 78–5839.  Ellis v. United States.  C. A. 9th Cir. Certiorari denied.

No. 78–5840.  Jordan v. United States.  C. A. 9th Cir. Certiorari denied.

No. 78–5852.  Johnson v. Department of Public Health Air Management Services of Philadelphia.  C. A. 3d Cir. Certiorari denied.

No. 78–5853.  Hutter v. Faber et al.  C. A. 7th Cir. Certiorari denied.

No. 78–5861.  Walker v. United States.  C. A. 6th Cir. Certiorari denied.

No. 78–5865.  Wallace v. United States.  C. A. 3d Cir. Certiorari denied.

No. 78–5879.  Morello v. United States.  C. A. 3d Cir. Certiorari denied.

No. 77–7004.  Kerpen v. United States.  C. A. 2d Cir. Certiorari denied.  Mr. Justice Brennan would grant certiorari.